**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

| | |
|---|---|
| **THEODUS LINDSEY,** | **PETITIONER** |
| **V.** | **NO. 4:06CV72-P-D** |
| **MISSISSIPPI STATE PAROL BOARD, et al.,** | **RESPONDENTS** |

## FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **dismissed** without prejudice pursuant to Rule 4l(b), Federal Rules of Civil Procedure, for failure to comply with an order of the court and for failure to prosecute.

**IT IS SO ORDERED**.

THIS the 9th day of August, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE