# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**THEODUS LINDSEY,**                                                                **PETITIONER**

**V.**                   **NO.4:06CV72-P-D**

**MISSISSIPPI STATE PAROLE BOARD, et al.,**                **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **dismissed** without prejudice for failure to exhaust available state remedies.

**IT IS SO ORDERED.**

THIS the 14th day of September, 2006.

                                                        /s/ W. Allen Pepper, Jr.
                                                        W. ALLEN PEPPER, JR.
                                                        UNITED STATES DISTRICT JUDGE